IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE VALLEY AESTHETICS, PLLC<br>D/B/A RUMER COSMETIC SURGERY<br>   and<br>KATHY RUMER, DO FACOS<br><br>   v.<br><br>JOHN DOE 1<br>   and<br>JANE DOE 1 | NO.   20-cv-00456 |

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Plaintiffs, Delaware Valley Aesthetics, PLLC and Kathy Rumer, DO FACOS

                          ROGERS CASTOR

                          By:       /s/ Lance Rogers
                          Lance Rogers
                          Attorneys for Plaintiffs
                          Rogers Castor
                          Attorney I.D. No. 87456
                          26 East Athens Ave.
                          Ardmore, PA 19003
                          610.649.1880/877.649.1880 (fax)