# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DELAWARE VALLEY AESTHETICS, PLLC, et al.,** *Plaintiffs*, v. **JOHN DOE 1, et al.,** *Defendants*. | : CIVIL ACTION : : : : No. 20-456 : : : |

## NOTICE

**AND NOW**, this 21st day of May 2020, after review of the docket in this case, Plaintiff is hereby **NOTICED** to file a status report on ECF that specifically details the steps Plaintiff has taken to identify the Defendants and their respective citizenship on or before **May 29, 2020**. The report shall include a timeline of Plaintiff's actions up to and through May 21, 2020.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**