# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DELAWARE VALLEY AESTHETICS, PLLC, et al.,** *Plaintiffs*, | : CIVIL ACTION : : |
| v. | : No. 20-0456 |
| **JOHN DOE 1, et al.,** *Defendants*. | : : : |

## ORDER

**AND NOW**, this 20th day of July 2020, it is hereby **ORDERED** that a **RULE** is directed upon Plaintiffs to **SHOW CAUSE** why this matter should not be dismissed without prejudice for lack of subject matter jurisdiction in light of Plaintiffs' failure to allege the citizenship of Defendants John Doe 1 and Jane Doe 1 since the Complaint was filed on January 23, 2020.

**Plaintiffs shall show cause via ECF filing on or before <u>Friday, July 31, 2020</u>.**

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**