IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELAWARE VALLEY AESTHETICS, PLLC, et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| v. | : | No. 20-456 |
| | : | |
| **JOHN DOE 1, et al.,** | : | |
| *Defendants*. | : | |

# ORDER

**AND NOW**, this 17th day of November 2020, after review of the docket in this case, Plaintiff is hereby **ORDERED** to Show Cause **on or before November 24, 2020,** as to why this matter should not be dismissed without prejudice for lack of subject matter jurisdiction in light of Plaintiff's failure to allege the citizenship of Defendants John Doe 1 and Jane Doe 1 since this Complaint was filed on January 23, 2020, and given that John Doe parties "destroy diversity jurisdiction if their citizenship cannot truthfully be alleged." *Mortellite v. Novartis Crop Production, Inc.*, 460 F.3d 483, 494 (3d Cir. 2006). Plaintiff shall also explain the foundation for the averment that Defendants are believed, and therefore averred, to be citizens of a state other than Pennsylvania. *See* Compl. ¶ 5.

**BY THE COURT:**

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**