# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DELAWARE VALLEY AESTHETICS, PLLC, et al.,** *Plaintiffs*, v. **JOHN DOE 1, et al.,** *Defendants*. | : CIVIL ACTION : : : No. 20-456 : : : |

## NOTICE

Given that this case was filed on January 23, 2020, that the case has had only Doe defendants since its inception, that the Court has twice given extensive time to investigate, and that, in response to the last show cause order, plaintiff acknowledged that it has identified the primary defendant, it is therefore noticed that if a party that has diversity of citizenship from plaintiff is not substituted within 14 days from the date of this notice, the case will be dismissed without prejudice.

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**