## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELAWARE VALLEY** | : | **CIVIL ACTION** |
| **AESTHETICS, PLLC, et al.,** | : | |
| *Plaintiffs,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN DOE, et al.,** | : | |
| *Defendants.* | : | **NO.  20-cv-00456** |

### O R D E R

**AND NOW** this 20th day of July 20, 2021, upon review of motions, the allegations in the Amended Complaint (ECF No. 11), and the briefing on the Motion to Dismiss (ECF No. 19), it is hereby **ORDERED** that the Motion to Certify (ECF No. 26) is **DENIED**.

The issue of immunity under Section 230 has been well-developed, it is the record here regarding the blog that is undeveloped and the allegations in the Amended Complaint support the plausibility that the defendant alone or in coordination with others edited the blog and or contributed text to it beyond republication. In addition, there are other allegations in the Amended Complaint regarding incidents beyond the blogging occurrences. At this stage, the immediate appeal on this limited record will not advance the ultimate determination of the case.  In fact, one can anticipate that the Third Circuit would insist the record be developed fully before it reviews the issues and decisions in this case.

**BY THE COURT:**

**/s/ Chad F. Kenney**
_____
**CHAD F. KENNEY, JUDGE**