# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| | : | CIVIL ACTION |
| **Delaware Valley Aesthetics, PLLC et al.** | : | |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | No. 20-0456 |
| | : | |
| | : | |
| **Doe et al.** | : | |
| *Defendants.* | : | |

# ORDER

**AND NOW**, this 10th day of August 2021, upon consideration of Defendant Jane Roe's Motion to not Appear in Court (ECF No. 34) and Plaintiff's Response (ECF No. 35), it is hereby **ORDERED** as follows:

1. Defendant is permitted to not appear in person in the courtroom for pre-trail matters.

2. Defendant must be available for the Rule 16 conference on September 16, 2021, by telephone. The teleconference dial-in information is as follows: Toll-Free Number: (888) 398-2342, Access Code: 7624030.

3. Defendant must be available for court arguments, hearings, and depositions by zoom.

4. Defendant must be in the courtroom for an in-person jury trial unless the plaintiff agrees to a non-jury trial conducted by video.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**
