# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Delaware Valley Aesthetics, PLLC et al.,** *Plaintiffs,* | : : : | CIVIL ACTION |
| v. | : : | No.   20-0456 |
| **Doe et al.,** *Defendants.* | : : : | |

## SCHEDULING ORDER

**AND NOW**, this **16th** day of **September 2021**, following a pretrial conference held this same day, it is hereby **ORDERED** as follows:

1. The above captioned case is hereby referred to Magistrate Judge Strawbridge for the scheduling of a settlement conference on a date mutually convenient to the parties.

2. A Motion to Amend the Complaint, if any, shall be filed on or before **12:00 p.m. on November 15, 2021**. Any such motion shall attach the proposed amended complaint. If Plaintiffs do not identify the legal name of John Doe 1 in a proposed amended complaint by **12:00 p.m. on November 15**, John Doe 1 shall be dismissed from this case. If a Motion to Amend the Complaint is filed, Defendants shall file a response, if any, within **seven (7) days of service of the motion**.

3. All fact discovery shall be completed by **December 15, 2021**.

1

4. Expert reports for the Plaintiffs, if any, shall be due by **January 14, 2022**.

5. Expert reports for the Defendants, if any, shall be due by **February 4, 2022**.

6. Expert discovery, if any, shall be completed by **March 4, 2022**.

7. Any motions for summary judgment and *Daubert* motions shall be filed by **12:00 p.m. on April 1, 2022**.[1] Response(s) to any such motion shall be filed within **twenty-one (21)** days of service of the motion.

8. All trial exhibits shall be marked and exchanged on or before **May 13, 2022**.

9. Motions in limine shall be due by **12:00 p.m. on May 27, 2022**. The responses to any motion in limine shall be filed within **seven (7)** days of service of the motion.

10. All parties are to prepare and file with the Clerk of Court their **Pretrial Memoranda** including proposed Points for Charge, proposed voir dire, and proposed Verdict Slip in accordance with this Order and Local Rule of Civil Procedure 16.1(c) by **12:00 p.m. on May 27, 2022**.

11. A date certain jury trial will commence on **June 13, 2022 at 9 a.m.** in Courtroom 6A, U.S. Courthouse, 601 Market Street, Philadelphia, PA. On

---

[1] Counsel are directed to review Judge Kenney's Practice and Procedures on the Court's website: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad_f_kenney in order to be familiar with the Court's requirements with respect to summary judgment motions. To that end, the Court directs the parties that, in both their submissions and responses, controlling legal opinions rendered by the United States Supreme Court and the Court of Appeals for the Third Circuit shall be cited to and discussed, whenever possible, to defend arguments in support of and/or in opposition to the motion.

the morning of trial, counsel are to supply the Court with a joint exhibit binder.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**
