IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Delaware Valley Aesthetics, PLLC et al.,** : | | CIVIL ACTION |
| *Plaintiffs,* : | | |
| : | | |
| v. : | | No.   20-0456 |
| : | | |
| **Doe et al.,** : | | |
| *Defendants.* : | | |

## O R D E R

**AND NOW,** this 17th day of September 2021, in furtherance of this Court's Order to allow Defendant to proceed pseudonymously (ECF No. 25), it is hereby **ORDERED** that:

1. The Clerk is directed to "**restrict**" docket entry ECF No. 37 to case participants and the Court only.

2. All future filings shall contain no reference to Defendant Jane Doe's name, address, or email address, unless filed under seal.

3. The parties shall copy all counsel and/or *pro se* litigants in any communications made with Chambers. Any communications made with Chambers that do not copy opposing counsel and/or *pro se* litigants will either not be responded to or will be forwarded to those not copied.

4. The parties are instructed to refer to Judge Kenney's Practices and Procedures which are found at: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad_f_kenney.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**