IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Delaware Valley Aesthetics, PLLC et al.,** : | | **CIVIL ACTION** |
| *Plaintiffs,* : | | |
| : | | |
| v. : | | No.   20-0456 |
| : | | |
| **Doe et al.,** : | | |
| *Defendants.* : | | |

# O R D E R

**AND NOW,** this 12th day of October 2021, upon consideration of Defendant's letter submitted on October 6, 2021, the Court shall construe Defendant's letter as a motion to dismiss, and it is hereby **ORDERED** that Defendant's motion to dismiss is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**