IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Delaware Valley Aesthetics, PLLC et al.,** : | **CIVIL ACTION** |
| *Plaintiffs,* : | |
| : | |
| v. : | No.   20-0456 |
| : | |
| **Doe et al.,** : | |
| *Defendants.* : | |

# O R D E R

**AND NOW,** this **16th** day of **November 2021**, upon consideration of Plaintiffs' Motion to Amend the Complaint (ECF No. 43), it is hereby **ORDERED** that the Motion to Amend the Complaint (ECF No. 43) is **GRANTED** and leave is **GRANTED** for Plaintiffs to file a Second Amended Complaint **UNDER SEAL** by **November 19, 2021**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**