# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Delaware Valley Aesthetics, PLLC et al.,** : | | CIVIL ACTION |
| *Plaintiffs,* : | | |
| : | | |
| v. : | | No.   20-0456 |
| : | | |
| **Doe et al.,** : | | |
| *Defendants.* : | | |

# O R D E R

**AND NOW,** this **19th** day of **November 2021**, upon consideration of Plaintiffs' Motion to Compel (ECF No. 47) and Defendant's Response (ECF No. 48), it is hereby **ORDERED** that the Motion to Compel (ECF No. 47) is **GRANTED** and Defendant Jane Doe is **ORDERED** to cooperate with Plaintiffs' counsel to submit to a deposition by Plaintiffs' counsel within 14 days of this Order.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**