IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Delaware Valley Aesthetics, PLLC et al.,** : | | **CIVIL ACTION** |
| *Plaintiffs,* : | | |
| : | | |
| v. : | | No.   20-0456 |
| : | | |
| **Doe et al.,** : | | |
| *Defendants.* : | | |

# NOTICE

**AND NOW,** this **23rd** day of **November 2021**, upon consideration of Defendant's letter submitted on November 22, 2021, the parties are hereby **NOTICED** that the Order granting Plaintiffs' Motion to Compel (ECF No. 49) does not require a particular format for the deposition, and the Court expects the parties to negotiate the details between themselves.

        BY THE COURT:

        /s/ Chad F. Kenney
        _____
        **CHAD F. KENNEY, JUDGE**