IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Delaware Valley Aesthetics, PLLC et al.,** : | | **CIVIL ACTION** |
| *Plaintiffs,* : | | |
| : | | |
| **v.** : | | No.   20-0456 |
| : | | |
| **Doe et al.,** : | | |
| *Defendants.* : | | |

## NOTICE

**AND NOW,** this **30th** day of **November 2021**, upon consideration of Defendant's letter received on November 29, 2021, the parties are hereby **NOTICED** that the parties are not to email Chambers seeking legal advice or to discuss substantive matters. The parties are directed to Judge Kenney's Policies and Procedures which are found at http://www.paed.uscourts.gov/judges-info/district-court-judges/chad_f_kenney for information regarding what types of communications are appropriate for email to Chambers.

                                                                       **BY THE COURT**:

                                                                      /s/ Chad F. Kenney_____
                                                                      **CHAD F. KENNEY, JUDGE**