IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Delaware Valley Aesthetics, PLLC et al.,** : | | **CIVIL ACTION** |
| *Plaintiffs,* : | | |
| : | | |
| v.   : | | No.   20-0456 |
| : | | |
| **Doe et al.,** : | | |
| *Defendants.* : | | |

## ORDER

**AND NOW,** this **14th** day of **December 2021**, upon consideration of Plaintiffs' Motion for Alternative Service (ECF No. 53), it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. Plaintiffs shall serve the Second Amended Complaint and Summons on Defendant John Doe 1 by **December 28, 2021** *via* email.

It is **FURTHER ORDERED** that the deadline for the close of fact discovery shall be extended to **March 4, 2022**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**