IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELAWARE VALLEY AESTHETICS, PLLC d/b/a RUMER COSMETIC SURGERY, *et al.* | : : : : | CIVIL ACTION |
| *Plaintiffs*, | : : | NO. 20-0456 |
| v. | : : | |
| JOHN DOE 1, *Defendant*. | : : | |

**ORDER**

**AND NOW**, this **21st** day of **November 2022**, upon consideration of Plaintiffs' Motion for Default Judgment (ECF No. 80) and Defendant John Doe's[1] lack of opposition thereto, and for the reasons explained in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiffs' Motion for Default Judgment (ECF No. 80) is **GRANTED**.

It is **FURTHER ORDERED** that **FINAL JUDGMENT** is entered in favor of Plaintiffs and against Defendant John Doe in the total amount of $174,214.44, comprising an award of $169,214.44 in compensatory damages and $5,000 in punitive damages, and that Defendant John Doe is hereby permanently **ENJOINED** from further publishing any defamatory content regarding Plaintiffs on the Blog.

The Clerk of the Court shall close this case.

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

---

[1] An order identifying John Doe will be entered under seal.